IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JESSE SILVAS, Individually and For Others Similarly Situated, | Case No. 1:21-cv-00627-KG-JHR |
| v. | Class and Collective Action |
| SPECIALIST STAFFING SOLUTIONS, INC. d/b/a PROGRESSIVE GLOBAL ENERGY. | |

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Before the Court is Plaintiff's Unopposed Motion to Extend the Deadline for Plaintiff to Respond to Defendant's Motion to Dismiss. (Doc. 19). After reviewing the unopposed motion and finding good cause for the requested relief, the Court is of the opinion the motion should be GRANTED. It is therefore,

ORDERED that Plaintiff's deadline of August 19, 2021, to respond to Defendant's Motion to Dismiss (Docs. 10, 12) is extended by 14 days until September 2, 2021.

_____
UNITED STATES DISTRICT JUDGE